# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4069 | **DATE** | 3/13/2013 |
| **CASE TITLE** | Birchmeir vs. Caribbean Cruise Line | | |

**DOCKET ENTRY TEXT**

This case is consolidated for discovery purposes with 13C908. The Court previously consolidated this case with 13C903. The motions to consolidate are terminated (82, 84), with the Court holding for later the decision whether to consolidate the cases for all purposes.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|