|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | |

```
 4   GRANT BIRCHMEIER, et al.,       )
                                     )
 5                   Plaintiffs,     )  Docket No. 12 C 4069
                                     )
 6              vs.                  )
                                     )
 7   CARIBBEAN CRUISE LINE, INC.,    )  Chicago, Illinois
     et al.,                         )  August 7, 2013
 8                                   )  9:50 a.m.
                     Defendants.     )
 9
10                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE MATTHEW F. KENNELLY
11
12   APPEARANCES:
13
     For the Plaintiff:      LOEVY & LOEVY
14                              BY:  MR. SCOTT R. RAUSCHER
                             312 North May Street, Suite 100
15                           Chicago, Illinois  60607
16
                             EDELSON LLC
17                              BY:  MS. EVE-LYNN J. RAPP
                             350 North LaSalle Street
18                           Suite 1300
                             Chicago, Illinois   60654
19
20   For the Defendant:      GREENSPOON MARDER, P.A.
                                BY:  MR. JEFFREY BACKMAN
21                           200 East Broward Boulevard
                             Suite 1500
22                           Fort Lauderdale, Florida   33301
23
                             MC GUIRE WOODS, LLP
24                              BY:  MR. BRIAN P. O'MEARA
                             77 West Wacker Drive
25                           Suite 4100
                             Chicago, Illinois   60601
```

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois  60604
(312) 435-5785

```
 1            (The following proceedings were had in open court:)
 2            THE CLERK:  Case 12 C 4069, Birchmeier v. Caribbean
 3   Cruise Lines.
 4            THE COURT:  Good morning.
 5            MR. RAUSCHER:  Good morning, your Honor; Scott
 6   Rauscher and Eve-Lynn Rapp for plaintiffs.
 7            MR. BACKMAN:  Good morning, your Honor; Jeff Backman
 8   for Caribbean Cruise Line and Vacation Ownership Marketing
 9   Tours.
10            MR. O'MEARA:  Good morning, your Honor; Brian O'Meara
11   on behalf of the defendant The Berkley Group.
12            THE COURT:  Is this everybody we're supposed to have,
13   or are we missing people?
14            MR. RAUSCHER:  We have someone for everyone.
15            THE COURT:  Everyone, all right.
16            So why don't you give me a report on the status and I
17   will let other people fill in.
18            MR. RAUSCHER:  Sure.
19            We are proceeding with discovery.  We took the first
20   deposition last week.  We have three 30(b)(6), one that each
21   of the defendants scheduled for next week, a couple other of
22   the more survey-related people scheduled for -- hopefully
23   scheduled for the end of August.  I hope we're on track.  I
24   think we're on track for a class cert brief on September 6th.
25            THE COURT:  Okay.
```

1　　　　MR. RAUSCHER:  I think there is an issue, and I will
2　let Mr. Backman speak to it.  I think he's going to ask for
3　briefing on the issue that we had to call about during the
4　deposition that may slow things down.
5　　　　THE COURT:  And I'm already blanking on what it was.
6　　　　MR. RAUSCHER:  We wanted to probe into at least our
7　complaint.  Most of the allegations in our complaint are about
8　political surveys.
9　　　　THE COURT:  Oh, right, right, right.
10　　　　MR. RAUSCHER:  We mentioned four other names of
11　surveys that we believe are nonpolitical.  So we wanted to be
12　able to probe about that, and your Honor said we could during
13　the deposition.  I believe Mr. Backman wants to argue and
14　brief that further.
15　　　　THE COURT:  Okay.  Did you go ahead and ask the
16　questions?
17　　　　MR. RAUSCHER:  We did ask the question during that
18　deposition.  We have a 30(b)(6) --
19　　　　THE COURT:  Oh, but it's going to come up again is
20　what you're saying.  All right.
21　　　　MR. BACKMAN:  That's right, your Honor.  I mean, I
22　think that adequately paints the picture of what we're asking
23　for.
24　　　　Based on the pleading that we have in front of us, we
25　consider this case, with respect to the liability of Caribbean

1  Cruise Line, Vacation Ownership Marketing Tours,
2  which are my clients, to be based solely on an alleged scam or
3  front using this other company, Political Opinions of America,
4  under the guise of the First Amendment, to make political
5  survey telephone calls really for purposes of telemarketing on
6  behalf of my client.  Without Political Opinions of America
7  and this alleged scam and front that the plaintiffs allege,
8  there would be no liability in this case against our
9  particular clients.  The four named class representatives all
10 specifically allege that they got calls by or on behalf of
11 Political Opinions of America, not some other entity.
12         So as far as we're concerned, that's what this case
13 is about.  That's what it should be limited to.  Call it a --
14         THE COURT:  Let me ask you this because you're going
15 to argue all of this to me, I'm guessing, in writing.  So I
16 would say just save it for that.
17         How is this going to get teed up for me, that's my
18 question, and when?
19         MR. BACKMAN:  We have responded to all of their
20 discovery which included requests for this other marketing
21 campaign information.  They are free to move to compel.  If
22 your Honor prefers that we file some sort of motion for
23 protective order or to limit or something of that nature,
24 we're happy to --
25         THE COURT:  Okay.  So let me just say this.  And I

1 need to see the transcript of exactly what was discussed in
2 the deposition. So let me just say, before I forget it, if
3 anybody files any kind of a motion on this, somebody give me
4 that part of the transcript, just so I can refresh your
5 memory.
6 I guess what I would say to you is if the way this
7 gets teed up is that I get another call from a deposition, I'm
8 probably going to make the same ruling I did before. So if
9 somebody wants me to do something different or wants me to
10 deal with it before that, then I guess, you know, get
11 something on file so that I can set a briefing schedule. I
12 don't really care who does it. You know, people can have
13 strategic reasons for doing or not wanting to do it. I'm just
14 going to leave that in your hands. I will rule on something
15 when I get something to rule on. Okay.
16     MR. BACKMAN: Thank you, your Honor.
17     MS. RAPP: Thank you, your Honor.
18     THE COURT: So the deadline for the class cert brief
19 is the 6th of September, but we have got the whole schedule in
20 place. So I don't need to see you. I'm going to just have
21 another status in mid-October, just to kind of check on
22 things.
23     So, Pam, just pick a date out in mid-October some
24 time.
25     THE CLERK: October 9th.

1    THE COURT: Does that date work okay?
2    MR. RAUSCHER: It does, your Honor.
3    MR. BACKMAN: It's fine with us.
4    THE COURT: All right.
5    MR. BACKMAN: Your Honor, if I may, I would like to
6 avoid the issue coming up at the deposition, and I'm happy --
7    THE COURT: When is the deposition?
8    MR. BACKMAN: Monday. So I'm happy to file a --
9    THE COURT: It ain't going to happen between now and
10 Monday because I'm going to be out of town the next two days.
11   MR. BACKMAN: Exactly, so that's my concern.
12      So we're happy to tee it up and brief it from that
13 perspective on behalf of the defendants, but I would ask that,
14 to the extent that we can move forward -- they went ahead and
15 they asked a lot of questions. There's a lot to be asked
16 about this particular survey and these folks that were
17 involved.
18      So I think what we would like to do is avoid the
19 issue coming up at the deposition. We'll go ahead and file
20 our motion, and to the extent your Honor rules that other
21 marketing campaigns can be probed into, we can make our rep
22 available for that limited purpose after a ruling is made.
23   THE COURT: Where is this deposition happening?
24   MR. BACKMAN: In Florida.
25   THE COURT: So he would have to go back down to

1 Florida then. If you're willing to pay for all of that, then,
2 okay.
3     MR. BACKMAN: Your Honor, we're willing to bring him
4 up here.
5     THE COURT: Because, I mean, I've made a ruling on
6 the topic, okay. As I said, there is no reason to think my
7 ruling is going to change unless you convince me otherwise,
8 and you're not going to convince me otherwise before Monday
9 because I'm not going to able to deal with it before Monday.
10     MR. BACKMAN: Understood.
11     THE COURT: So if you want some other arrangement, in
12 other words, where this topic gets held out so that you have a
13 chance to brief it, honestly, you have to pay for that. And
14 so my suggestion is you see if you can work out something like
15 that that, you know, if you try that and lose, you're going to
16 pay for Mr. Rauscher to go back down there and, you know, the
17 extra time that it costs and the expense that it costs and
18 whatnot. If you can't work that out, then don't assume it's
19 going to be anything different. And I will not have time for
20 you on Monday because I am starting a jury trial.
21     MR. BACKMAN: Understood.
22     THE COURT: So I'm tied up all day.
23     MR. BACKMAN: And I'm happy to bring my corporate rep
24 up here if it comes to that.
25     THE COURT: Well, see if you can work something out.

1  Maybe you can.
2          MR. BACKMAN:  Thank you, your Honor.
3          THE COURT:  All right, take care.
4          MR. O'MEARA:  Thank you.
5          MS. RAPP:  Thank you.
6
7     (Which were all the proceedings had in the above-entitled
8  cause on the day and date aforesaid.)
9
10              C E R T I F I C A T E
11
12     I hereby certify that the foregoing is a true and
13  correct transcript of the above-entitled matter.
14
15
16  */s/ Laura M. Brennan*                          September 25, 2013
17
18  _____          _____
19  Laura M. Brennan
    Official Court Reporter                         Date
    Northern District of Illinois
20
21
22
23
24
25