## Exhibit List

**Exhibit 1: Excerpts of Deposition of Jacob DeJongh**

- Pgs. 1-5
- Pgs. 79-80
- Pgs. 117-118
- Pgs. 144-149
- Pgs. 171-179
- Pgs. 258-259
- Pgs. 272-273
- Pgs. 342-343
- Pgs. 371

**Exhibit 2: CCL001675**

**Exhibit 3: Excerpts of CCL Rule 30(b)(6) Deposition of Daniel Lambert**

- Pgs. 1-5
- Pg. 16
- Pgs. 64-65
- Pgs. 106-107
- Pgs. 137-140
- Pgs. 144-151
- Pgs. 172-176
- Pgs. 189-90
- CCL Lambert Deposition Exhibit 19, Email Chain
- CCL Lambert Deposition Exhibit 24, Email Chain

**Exhibit 4: Excerpts of Berkley Rule 30(b)(6) Deposition of Rebecca Foster**

- Pgs. 1-4
- Pgs. 14-20
- Pgs. 24-25
- Pgs. 49-50
- Pgs. 84-86
- Berkley Deposition Exhibit 12, Response to FTC Civil Investigation Demand

**Exhibit 5: Marketing Agreement Between VOMT and CCL**

**Exhibit 6: Marketing Agreement Between VOMT and Berkley**

**Exhibit 7: Excerpts from VOMT Rule 30(b)(6) Deposition of Daniel Lambert**

- Pgs. 1-3
- Pgs. 7-11
- Pg. 21

**Exhibit 8: Supplier Agreement Between ESG and CCL**

**Exhibit 9: Supplier Agreement Between EFA and CCL**

**Exhibit 10: Excerpts of Scott Broomfield FTC Deposition**

- Pgs. 1-4
- Pgs. 71-73

**Exhibit 11: Excerpts of Jacob DeJongh FTC Deposition**

- Pgs. 1-3
- Pgs. 28-29
- Pg. 79

**Exhibit 12: Excerpts of Deposition of CCL's Director of Marketing Jennifer Poole**

- Pgs. 1-3
- Pg. 67
- Poole Deposition Exhibit 3

**Exhibit 13: Excerpts of Grant Birchmeier's Response to VOMT's Interrogatories**

**Exhibit 14: Excerpts of Stephen Parkes' Response to VOMT's Interrogatories**

**Exhibit 15: Excerpts of Regina Stone's Response to CCL's Interrogatories**

**Exhibit 16: Sample of Online Consumer Complaints**

**Exhibit 17: Letter from Kentucky Office of Attorney General to Berkley Re: Consumer Complaints**

**Exhibit 18: CCL001754**

**Exhibit 19:** *Banks v. Caribbean Cruise Line, et al.*, Case No. 1:12-cv-00584-JG-VMS, Dkt. 49, Report and Recommendation

**Exhibit 20:** *Banks* Docket Sheet

**Exhibit 21: Excerpts of Deposition of Stephen Parkes**

- Pgs. 1-4
- Pgs. 76-78

**Exhibit 22: Excerpts of Deposition of Regina Stone**

- Pgs. 1-4
- Pg. 94-96

**Exhibit 23: Excerpts of Deposition of Grant Birchmeier**

- Pgs. 1-3
- Pg. 36

**Exhibit 24: CCL002618**

**Exhibit 25: Declaration of Scott Rauscher**

    **Exhibit 25-A: Loevy & Loevy Firm Resume**

**Exhibit 26: Declaration of Jay Edelson**

    **Exhibit 26-A: Edelson LLC Firm Resume**