**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GRANT BIRCHMEIER, STEPHEN PARKES, SUSAN VIGUS, and REGINA STONE, on behalf of themselves and a Class of others similarly situated, </br></br> Plaintiffs, </br></br>vs. </br></br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, and THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC., </br></br> Defendants. | Case No. 1:12-cv-04069 </br> Honorable Matthew F. Kennelly |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFF SUSAN VIGUS**

COMES NOW Plaintiff Susan Vigus, by and through counsel, and Defendants Caribbean Cruise Line, Inc., Economic Strategy Group, Economic Strategy Group, Inc., Economic Strategy, LLC, The Berkley Group, Inc., and Vacation Ownership Marketing Tours, Inc., by and through counsel, and hereby stipulate to the dismissal with prejudice of all individual claims of Plaintiff Susan Vigus herein pursuant to the terms of the parties' settlement agreement and mutual release, with each party to bear his, her, or its own costs and attorneys' fees.

Respectfully submitted,

 /s/ George Lang
George Lang
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760

Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Fax: (847) 368-1501
glang@andersonwanca.com
bwanca@andersonwanca.com

**Attorneys for Plaintiff Susan Vigus**

 /s/ Jeffrey Backman
Jeffrey Backman
Greenspoon Marder, P.A.
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
Email: jeffrey.backman@gmlaw.com

**Attorneys for Defendant Caribbean Cruise Line, Inc. and Vacation Ownership Marketing Tours, Inc.**

  /s/ Joseph W. Sanscrainte
Joseph W. Sanscrainte
Law Office Of Joseph W. Sanscrainte
1120 Avenue Of The Americas
4th Floor
New York, NY 10036
(212) 626-6934
Email: jws@sanscrainte.com

**Attorneys for Defendants Economic Strategy Group, Economic Strategy Group, Inc., and Economic Strategy LLC**

 /s/ M. Peebles Harrison
M. Peebles Harrison
Rose Harrison & Gilreath, P.C.
700 Blue Jay Street
Suite 1
Kill Devil Hills, NC 27948
252-480-1414
Fax: 252-480-1765
Email: peebles@outerbankslaw.com

**Attorneys for The Berkley Group, Inc.**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 26, 2013, I served the above and foregoing by causing true and accurate copies of such papers to be sent to all counsel of record in this Action via the Court's CM/ECF system.

                                     /s/ George Lang