UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Grant Birchmeier, et al.
                                               Plaintiff,

v.                                                       Case No.: 1:12−cv−04069
                                                                        Honorable Matthew F. Kennelly

Caribbean Cruise Line, Inc., et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for an order compelling Sprint PCS to produce California subscriber records [262] is granted. The Court hereby directs Sprint PCS to comply with the October 30, 2014 issued by the plaintiffs in this case by producing the remaining names and last known home and e−mail addresses for the California subscribers whose numbers received the calls at issue in this case on the dates identified in the subpoena. (Kennelly, Matthew)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.