# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Grant Birchmeier, et al.

                              Plaintiff,

v.                                                   Case No.: 1:12–cv–04069
                                                          Honorable Matthew F. Kennelly

Caribbean Cruise Line, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 8, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 1/8/2015 regarding motion to compel [266] and continued to 1/20/2015 at 9:30 a.m. Status hearing set for 2/13/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.