# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Grant Birchmeier, et al.

                              Plaintiff,

v.                                        Case No.: 1:12–cv–04069

                                        Honorable Matthew F. Kennelly

Caribbean Cruise Line, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 3/20/2015. Motion to compel [278] is denied for reasons stated in open court. Motion for leave to file [284] is granted. Defendant has until 4/17/2015 to respond to the amended complaint. Discovery on the amended consolidated complaint is to be completed by 7/1/2015. Status hearing set for 4/27/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.