IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPEHN PARKES, and REGINA STONE, ON behalf of themselves and classes of others similarly situated, | ) ) ) ) ) | Case No. 12-cv-4069 |
| Plaintiffs, | ) ) | Honorable Matthew F. Kennelly |
| v. | ) ) ) | |
| CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC. AND VACATION OWNERSHIP MARKETING TOURS, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## THE BERKLEY GROUP, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES Defendant The Berkley Group, Inc. ("Berkley"), pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, by and through its attorneys, and moves this Court for entry of judgment on the pleadings in favor of Berkley. In support of this Motion for Judgment on the Pleadings, Berkley incorporates its accompanying Memorandum.

WHEREFORE, Berkley respectfully prays that this Court grant Berkley's Motion for Judgment on the Pleadings, award Berkley its costs, and enter whatever further relief this Court deems just and appropriate.

1

Dated this the 12th day of June. 2015.

                      THE BERKLEY GROUP, INC.

By: /s/Brian P. O'Meara
     One of its Attorneys

     M. Peebles Harrison (*Pro Hac Vice*)
     700 Blue Jay Street, Suite 1
     Post Office Box 405
     Kill Devil Hills, North Carolina 27948
     Telephone: (252) 480-1414
     Facsimile: (252) 480-1765
     Email: peebles@outerbankslaw.com

     Brian P. O'Meara
     Forde Law Offices LLP
     111 West Washington Street
     Suite 1100
     Chicago IL 60602
     Telephone: (312) 465-4780
     Facsimile: (312) 641-1288
     Email: bomeara@fordellp.com

     *Attorneys for The Berkley Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that the foregoing THE BERKLEY GROUP, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS was electronically filed with the Clerk of Court by using the CM/ECF system, which will provide copies to all counsel of record registered to receive CM/ECF notification on this 12th day of June 2015.

/s/Brian P. O'Meara