**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRANT BIRCHMEIER, et al., on behalf of themselves and a class of others similarly situated, | ) ) ) ) | Case No. 1:12-CV-04069 *Related to*: Case No. 1:13-cv-00903, Case No. 1:13-cv-00908 |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Honorable Matthew F. Kennelly |
| CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC. | ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendant The Berkley Group, Inc., by and through its undersigned counsel, and for its Motion to Substitute Counsel, states as follows:

1.      David B. Helms and the law firm of Lewis Rice LLC have entered in this matter as counsel for Defendant The Berkley Group, Inc.

2.      Defendant The Berkley Group, Inc. requests that Lewis Rice LLC withdraw as its counsel.

3.      David B. Helms of the firm of David B. Helms Law, LLC will continue as counsel for The Berkley Group, Inc.

4.      Defendant The Berkley Group, Inc. hereby asks this Court for an Order substituting David B. Helms of the firm of David B. Helms Law, LLC as attorney for it in this matter and allowing Lewis Rice LLC to withdraw as counsel.

Respectfully submitted,

**DAVID B. HELMS LAW, LLC**　　　　　**LEWIS RICE LLC**

By:　　/s/ David B. Helms　　　　　By:　/s/ David B. Helms
　　David B. Helms, #48941　　　　　　　David B. Helms #48941
　　Email: davidhelms555@gmail.com　　600 Washington Ave., Suite 2500
　　9959 Holliston Court　　　　　　　　St. Louis, Missouri 63101
　　St. Louis, MO 63124　　　　　　　　(314) 444-7600 (telephone)
　　Telephone: (314) 504-4166　　　　　(314) 612-7676 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2015 a true and correct copy of the above and foregoing was served on all counsel of record via the Court's electronic filing system:

**Loevy & Loevy**　　　　　　　　**Anderson & Wanca**
Jonathan I. Loevy　　　　　　　　Brian J. Wanca
Scott R. Rauscher　　　　　　　　George Lang
Arthur R. Loevy　　　　　　　　　Glenn L. Hara
Michael I Kanovitz　　　　　　　　Ryan M. Kelly
312 North May Street　　　　　　　3701 Algonquin Road
Suite 100　　　　　　　　　　　　Suite 760
Chicago, IL 60607　　　　　　　　Rolling Meadows, IL 60008
(312)243-59　　　　　　　　　　　(847) 368-1500
jon@loevy.com　　　　　　　　　buslit@andersonwanca.com
scott@loevy.com　　　　　　　　　glang@andersonwanca.com
loevylaw@loevy.com　　　　　　　ghara@andersonwanca.com
mike@loevy.com　　　　　　　　　rkelly@andersonwanca.com

2

**Greenspoon Marder, P.A.**
Rebecca F Bratter
Richard W. Epstein
Jeffrey Backman
200 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
(954) 491-1120
rebecca.bratter@gmlaw.com
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com

**Pilgrim Christakis LLP**
Anna-Katrina S Christakis
Scott Gordon Weber
321 North Clark Street
26th Floor
Chicago, IL 60654
(312) 939-0920
kchristakis@pilgrimchristakis.com
sweber@pilgrimchristakis.com

**Tabet DiVito Rothstein**
Timothy A. Hudson
209 South LaSalle Street
7th Floor
Chicago, IL 60604
(312)762-9450
thudson@tdrlawfirm.com

**Law Office Of Joseph W. Sanscrainte**
Joseph W. Sanscrainte
1120 Avenue Of The Americas
4th Floor
New York, NY 10036
(212) 626-6934
jws@sanscrainte.com

**McGuireWoods LLP**
David Luther Hartsell
Andrew Robert Woltman
Sarah Ann Zielinski
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312)849-8100
dhartsell@mcguirewoods.com
awoltman@mcguirewoods.com
szielinski@mcguirewoods.com

**Forde Law Offices LLP**
Brian Patrick O'Meara
111 West Washington Street
#1100
Chicago, IL 60602
(312) 641-1441
bomeara@fordellp.com

**Rose Harrison & Gilreath, P.C.**
M. Peebles Harrison
700 Blue Jay Street, Suite 1
Kill Devil Hills, NC 27948
252-480-1414
252-480-1765 (fax)
peebles@outerbankslaw.com

**Perkins Coie LLP**
Debra Rae Bernard
131 S. Dearborn St.
Suite 1700
Chicago, IL 60603
312 324 8559
312 324 9559 (fax)
dbernard@perkinscoie.com

**Edelson PC**
Christopher Lillard Dore
Eve-Lynn J. Rapp
Jay Edelson
Rafey S. Balabanian
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
(312) 589-6370
cdore@edelson.com
erapp@edelson.com
jedelson@edelson.com
rbalabanian@edelson.com

**McGuireWoods LLP**
Emily Yandle Rottmann
50 N. Laura Street
Suite 3300
Jacksonville, FL 32202
904-798-3224
904-798-3263 (fax)
erottmann@mcguirewoods.com

**Steward Law Firm LLC**
John S Steward
5201 Hampton Ave
St Louis, MO 63109
(314) 353-1001
(314) 862-9895 (fax)
glaw123@aol.com

**Margulis Law Group**
Max G. Margulis
28 Old Belle Monte Dr.
Chesterfield, MO 63017
(636) 536-7022
636-536-6652 (fax)
maxmargulis@marguislaw.com

4

**Scott David Owens**
Scott D. Owens, Esq.
664 E Hallandale Beach Blvd
Ft Lauderdale, FL 33309
954-589-0588
954-337-0666 (fax)
scott@scottdowens.com

**Williams and Venker**
Nathan D. Leming
Steven P. Sanders, Sr.
100 N. Broadway 21st Floor
St. Louis, MO 63102
314 345-5000
314 345-5055 (fax)
nleming@wvslaw.com
ssanders@wvslaw.com

/s/      David B. Helms