## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Grant Birchmeier, et al.

                            Plaintiff,

v.                                                     Case No.: 1:12−cv−04069
                                                                 Honorable Matthew F. Kennelly

Caribbean Cruise Line, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion by certain defendants to stay proceedings in this case pending the Supreme Court's decision in *Spokeo, Inc. v. Robins* is denied. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.