IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and a class of others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC.,<br>*Defendants*. | Case No. 1:12-cv-04069<br><br>Honorable Matthew F. Kennelly |

**PLAINTIFFS' CORRECTED MOTION FOR LEAVE *INSTANTER*
TO FILE EXCESS LENGTH MOTION FOR PRELIMINARY APPROVAL**

Pursuant to Local Rule 7.1, Plaintiffs Gerardo Aranda, Grant Birchmeier, Stephen Parkes, and Regina Stone ("Plaintiffs") respectfully request permission to file *instanter* a nineteen (19) page motion for preliminary approval of the class action settlement in this case. In support of this motion, Plaintiffs state as follows:

1)  After more than four years of litigation, during which Plaintiffs, among other things, secured certification of two classes, won partial summary judgment, and defeated Defendants' motions for summary judgment, and just days before a trial was scheduled to begin, the Parties in this case reached a class-wide settlement.

2)  Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs are seeking the Court's approval of that settlement. The first step in that process is filing a motion for preliminary approval, in which Plaintiffs explain the terms of the settlement in detail, and also explain the proposed plan to notify class members of the settlement.

3) To ensure that they presented the Court with all of the factual and legal basis for preliminarily approving the settlement and approving the proposed notice plan, Plaintiffs required slightly more than the fifteen pages provided for in Local Rule 7.1

4) In total, Plaintiffs' motion is nineteen (19) pages.

WHEREFORE, Plaintiffs respectfully requests leave *instanter* to file their 19-page motion for preliminary approval.

Dated: September 27, 2016         Respectfully submitted by:

/s/ Scott R. Rauscher

Jay Edelson
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Email: jedelson@edelson.com

Rafey S. Balabanian
Eve-Lynn J. Rapp
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Email: rbalabanian@edelson.com
erapp@edelson.com

Scott R. Rauscher
Michael I. Kanovitz
Jonathan I. Loevy
LOEVY & LOEVY
311 N. Aberdeen St., 3d Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Email: scott@loevy.com
jon@loevy.com
mike@loevy.com

*Class Counsel*

## CERTIFICATE OF SERVICE

    I, Eve-Lynn J. Rapp, certify that on September 27, 2016, I caused the foregoing ***Plaintiffs' Motion for Leave Instanter to File Excess Length Motion for Preliminary Approval,*** to be served by CM/ECF electronic filing on all counsel of record.

                                              /s/   Scott R. Rauscher