# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: ARANDA et al. v. CARIBBEAN CRUISE LINE, INC. et al

Case Number: 1-12-CV-04069

An appearance is hereby filed by the undersigned as attorney for:
FREEDOM HOME CARE, INC.

Attorney name (type or print): Robert W. Clore

Firm: Bandas Law Firm, P.C.

Street address: 500 North Shoreline Blvd.

City/State/Zip: Corpus Christi, Texas 78401

Bar ID Number: 24012436
(See item 3 in instructions)

Telephone Number: (361) 558-3527

Email Address: rclore@bandaslawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 16, 2017

Attorney signature: S/ Robert W. Clore
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015