**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Birchmeier v. Caribbean Cruise Line   Case Number: 12-cv-04069

An appearance is hereby filed by the undersigned as attorney for:
Gerardo Aranda, Grant Birchmeier, Stephen Parkes, Regina Stone

Attorney name (type or print): Alexander G. Tievsky

Firm: Edelson PC

Street address: 350 N LaSalle St 13th Floor

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6321625   Telephone Number: 312-589-6370
(See item 3 in instructions)

Email Address: atievsky@edelson.com

Are you acting as lead counsel in this case?          Yes   ✓ No

Are you acting as local counsel in this case?         Yes   ✓ No

Are you a member of the court's trial bar?            Yes   ✓ No

If this case reaches trial, will you act as the trial attorney?   Yes   ✓ No

If this is a criminal case, check your status.        Retained Counsel

                                                      Appointed Counsel
                                                      If appointed counsel, are you
                                                      a   Federal Defender

                                                          CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22, 2017

Attorney signature: S/ Alexander G. Tievsky
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015