UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and a class of others similarly situated,<br><br>       *Plaintiffs*,<br><br>-against-<br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC.,<br><br>       *Defendants*. | 1:12-cv-04069 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that Objector, Kevin McCabe, hereby appeals the following to the United States Court of Appeals for the Seventh Circuit: each and every part of the Memorandum Opinion and Order of this Court, dated and entered with the clerk on March 2, 2017 (Dkt. No. 596).

Dated: March 23, 2017

                   *s/ Todd C. Bank*
                   TODD C. BANK, ATTORNEY AT LAW, P.C.
                   119-40 Union Turnpike
                   Fourth Floor
                   Kew Gardens, New York 11415
                   (718) 520-7125
                   By: Todd C. Bank

                   *Counsel to Objector*
                   *Kevin McCabe*