IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and a class of others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC., *Defendants*. | Case No. 1:12-cv-04069<br><br>Honorable Matthew F. Kennelly |

## ORDER GRANTING PLAINTIFFS' MOTION FOR APPEAL BOND

This cause having come to be heard on Plaintiffs' Motion for Appeal Bond, (dkt. 620),

**IT IS HEREBY ORDERED AND ADJUDGED**:

1. Plaintiffs' Motion is GRANTED.

2. Within 7 days of the date of this Order, Appellant Kevin McCabe is ordered to post a bond in the amount of $5,000 to cover taxable costs on appeal.

Dated this 5th day of April, 2017

_____
The Honorable Matthew F. Kennelly
United States District Judge

1