# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHEMEIER, STEPHEN PARKES, and REGINA STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC. and VACATION OWNERSHIP MARKETING TOURS, INC.,<br><br>Defendants | NO. 1:12-CV-04069<br><br>Honorable Matthew F. Kennelly |

**OBJECTOR FREEDOM HOME CARE, INC.'S NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Freedom Home Care, Inc. appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order awarding attorneys' fees to Class Counsel (Doc. No. 627) entered in this action on April 6, 2017, the Memorandum Opinion and Order (Corrected) awarding attorneys' fees to Class Counsel (Doc. No. 629) entered in this action on April 10, 2017, and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving class counsel's attorneys' fees or expenses, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: May 5, 2017

Respectfully submitted,

/s/ *Christopher A. Bandas*
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)
Admitted *Pro Hac Vice*

Robert W. Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)

Jonathan P. Novoselsky
JONATHAN NOVOSELSKY, P.C.
303 W. Madison, 22nd Floor
Chicago, IL 60606
(312) 286-8429 (tel)
(872) 228-8085 (fax)

*Attorneys for Objector Freedom Home Care, Inc.*

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 5, 2017 /s/ Christopher A. Bandas
Christopher A. Bandas