UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHEMEIER, STEPHEN PARKES, and REGINA STONE, individually and on behalf of all others similarly situated, | NO. 1:12-CV-04069 |
| Plaintiffs, | Honorable Matthew F. Kennelly |
| v. | |
| CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC. and VACATION OWNERSHIP MARKETING TOURS, INC., | |
| Defendants | |

**RESPONSE TO PLAINTIFFS' MOTION FOR APPEAL BOND**

Freedom Home Care, Inc., respectfully submits this Response to Plaintiffs' Motion for Appeal Bond.

Freedom Home Care obviously disagrees with class counsels' position that the appeal is unlikely to succeed or that bond is necessary for appeal. Nor does it believe class counsels' improper *ad hominem* attacks, their go-to argument in defending excessive fees, should be given any weight. Nevertheless, in the interest of judicial economy, Freedom Home Care submits that to the extent this Court determines that a bond is appropriate, $5,000 is not an inappropriate amount in this case. Thus, to the extent this Court orders the posting of a bond, Freedom Home Care does not oppose the amount of $5,000, and will post a bond in that amount.

Dated: May 22, 2017

Respectfully submitted,

/s/ *Christopher A. Bandas*
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)
Admitted *Pro Hac Vice*

Robert W. Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)

Jonathan P. Novoselsky
JONATHAN NOVOSELSKY, P.C.
303 W. Madison, 22nd Floor
Chicago, IL 60606
(312) 286-8429 (tel)
(872) 228-8085 (fax)

*Attorneys for Objector Freedom Home Care, Inc.*

## Certificate of Service

The undersigned certifies that today he filed the foregoing Docketing Statement on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 22, 2017                        /s/ Christopher A. Bandas
                                           Christopher A. Bandas