Grant Birchmeier, et al.

                        Plaintiff,

v.                                          Case No.: 1:12−cv−04069
                                            Honorable Matthew F. Kennelly

Caribbean Cruise Line, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2017:

      MINUTE entry [663] before the Honorable Matthew F. Kennelly is amended as follows: Motion hearing held on 5/23/2017. Motion for Bond [656] is granted. Freedom Home Care is directed to post, by 5/30/2017, a $5,000 bond, **in the form of a cashier's check,** to ensure payment of costs on appeal. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.