# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHEMEIER, STEPHEN PARKES, and REGINA STONE, individually and on behalf of all others similarly situated, | NO. 1:12-CV-04069 |
| Plaintiffs, | Honorable Matthew F. Kennelly |
| v. | |
| CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC. and VACATION OWNERSHIP MARKETING TOURS, INC., | |
| Defendants | |

**FREEDOM HOME CARE, INC.'S NOTICE OF APPEAL FROM OPINION AND ORDER DENYING MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD**

Notice is hereby given that Class Member/Objector Freedom Home Care, Inc. appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Doc. No. 676), denying Freedom Home Care's motion for attorneys' fees and request for an incentive award, entered in this action on August 24, 2017, and all orders and opinions that merge therein.

Dated: September 8, 2017                                    Respectfully submitted,

/s/ *Christopher A. Bandas*
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)
Admitted *Pro Hac Vice*

Robert W. Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)

Jonathan P. Novoselsky
JONATHAN NOVOSELSKY, P.C.
303 W. Madison, 22nd Floor
Chicago, IL 60606
(312) 286-8429 (tel)
(872) 228-8085 (fax)

*Attorneys for Objector Freedom Home Care, Inc.*

2

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: September 8, 2017 /s/ Christopher A. Bandas
Christopher A. Bandas