

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name: **Alexander G. Tievsky**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-589-6379**

Email address: **atievsky@edelson.com**

ARDC (Illinois State Bar members, only): **6321625**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:16-cv-08694 | Warciak V. Subway Restaurants, Inc. | Hon. Charles P. Kocoras |
| 1:16-cv-11057 | Edelson PC v. The Bandas Law Firm, et al. | Hon. Rebecca R. Pallmeyer |
| 1:17-cv-07303 | Howe v. Speedway LLC, et al. | Hon. Andrea R. Wood |
| 1:12-cv-04069 | Birchmeier v. Caribbean Cruise Line | Hon. Matthew F. Kennelly |

/s/ Alexander G. Tievsky                             March 13, 2018
_____            _____

Signature of Attorney                                         Date

Rev. 01272016