```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   GRANT BIRCHMEIER, et al.,     ) Docket No. 12 C 4069
                                   )
 4              Plaintiffs,        )
                                   )
 5          vs.                    )
                                   )
 6   CARIBBEAN CRUISE LINE, INC.,  )
     et al.,                       ) Chicago, Illinois
 7                                 ) October 23, 2018
                Defendants.        ) 9:35 o'clock a.m.
 8
                TRANSCRIPT OF PROCEEDINGS - MOTION
 9           BEFORE THE HONORABLE MATTHEW F. KENNELLY

10   APPEARANCES:

11   For the Plaintiff:       EDELSON PC
                              BY:  MR. ALEXANDER G. TIEVSKY
12                            350 N. LaSalle St., 14th Floor
                              Chicago, Illinois  60654
13
     For Deft. Caribbean      TABET DIVITO ROTHSTEIN
14   Cruise Line and Vacation BY:  MR. TIMOTHY A. HUDSON
     Ownership Marketing      209 South LaSalle Street, 7th Floor
15   Tours:                   Chicago, Illinois  60604

16   For Deft. The Berkley    FORDE LAW OFFICES, LLP
     Group:                   BY:  MR. BRIAN P. O'MEARA
17                            111 W. Washington St., Suite 1100
                              Chicago, Illinois  60602
18
     Court Reporter:          MR. JOSEPH RICKHOFF
19                            Official Court Reporter
                              219 S. Dearborn St., Suite 1232
20                            Chicago, Illinois  60604
                              (312) 435-5562
21

22            * * * * * * * * * * * * * * * * * *

23                 PROCEEDINGS RECORDED BY
                    MECHANICAL STENOGRAPHY
24              TRANSCRIPT PRODUCED BY COMPUTER

25
```

1       THE CLERK:  Case No. 12 C 4069, Birchmeier vs.
2  Caribbean Cruise Line.
3       MR. TIEVSKY:  Good morning, your Honor, Alexander
4  Tievsky for the class.
5       MR. O'MEARA:  Good morning, your Honor, Brian O'Meara
6  on behalf of the defendant The Berkley Group.
7       MR. HUDSON:  Good morning, your Honor, Tim Hudson on
8  behalf of defendant Caribbean Cruise Line and Vacation
9  Ownership Marketing Tours.
10       THE COURT:  And Mr. Bank is not here.
11       MR. TIEVSKY:  Mr. Bank sent us an e-mail, said he
12  wasn't coming.
13       THE COURT:  Okay.
14       Well, all right, then.  So, one of the things I was
15  going to tell Mr. Bank -- because the last part of his motion
16  is that he wanted me to explain to him who appeared at the
17  hearing on the 18th of September, at which I struck his other
18  motion for failure to appear, and whether there was an oral
19  argument; and, if so, who participated in it.
20       What I was going to say to him is that that's why God
21  invented court reporters and transcripts.  So, he can order a
22  transcript of today, too.  And if he wants to know what
23  happened on October the 18th beyond what I'm going to say
24  here, he can do that.  But I am going to explain it.  I said
25  October; I meant September.

1      So, on September -- I got a notice of motion -- it's
2 Docket No. 732 -- that reads, and I quote, as follows:
3 "Please take notice that on Tuesday, September the 18th, 2018,
4 at 9:30 a.m., or as soon thereafter as counsel shall be heard,
5 the undersigned shall appear before the Honorable Matthew F.
6 Kennelly in Courtroom 2103 -- " dot, dot, dot " -- and then
7 and there present the motion by objector Kevin McCabe for an
8 order imposing sanctions against plaintiff's counsel."
9      Mr. Bank said he was going to appear.  He's the
10 undersigned.  Didn't appear.  I entered an order saying that I
11 struck the motion as a motion for sanctions based on his
12 failure to appear.  I will add to that as a motion for
13 sanctions, it was frivolous.  But I said I would consider it
14 as his opposition to the motion for costs, and I did.
15      And although in his current motion at which Mr. Banks
16 said, in essentially the same words that I just described,
17 that he would -- that he shall appear like right now, five
18 minutes ago -- although I guess he suggests in there that I
19 don't -- that I didn't read anything, because he says, "McCabe
20 requests that the Court read or reread, as the case may be."
21 That's a quote.
22      I did read it, and I read the reply, and I read the
23 motion.  And I overruled the objection to costs because I was
24 persuaded that the additional costs that Mr. Bank objects to
25 on Mr. McCabe's behalf, which is transcript costs, were

1  properly attributable to both appeals -- both objectors'
2  appeals; and, I was persuaded by the authority that was cited
3  by the plaintiff class in the motion for costs that it wasn't
4  necessary to apportion it; and, that's why the cost award was
5  joint and several.
6      Now, I guess the one mistake I made is I didn't say
7  specifically that it was joint and several.  So, I'm going to
8  fix that right now.
9      And, so, the order for today is going to say:  The
10 motion to alter the judgment is denied for the reasons stated
11 in open court.  However, at the Court's instance, the order of
12 October 15, 2018, Docket 735, is corrected to reflect that
13 costs are taxed against the objectors jointly and severally.
14     And the reason for that is that you shouldn't have to
15 rely on one or the other to pay the whole thing -- or to pay
16 half of it.
17     So, there you go.  See you later.  Sorry you had to
18 come in.
19     MR. TIEVSKY:  Thank you.
20     MR. O'MEARA:  Thank you, your Honor.
21     MR. HUDSON:  Thank you, Judge.
22              *   *   *   *   *
23
24
25

1   I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
2

3
    /s/ Joseph Rickhoff                          November 1, 2018
4   Official Court Reporter