IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and classes of others similarly situated, | Case No. 12-cv-4069 |
| Plaintiffs, | Honorable Matthew F. Kennelly |
| v. | |
| CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC. AND VACATION OWNERSHIP MARKETING TOURS, INC., | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendants Caribbean Cruise Line, Inc., Vacation Ownership Marketing Tours, Inc., and The Berkley Group, Inc. ("Defendants"), pursuant to Local Rule 5.8, Local Rule 26.2, the Agreed Protective Order dated November 2, 2012 (Dkt. No. 64), and the Addendum thereto dated July 16, 2013 (Dkt. No. 128), by and through their attorneys, files this Motion for Leave to File Documents under Seal. In support of this Motion, Defendants states as follows:

1. In connection with the filing of Defendants' Objections to the Special Master's Award of Calls, Defendants are filing certain documents that should be filed under seal.

2. Specifically, the documents Defendants seek to file under seal contain, among other things, personal information of individuals or were otherwise designated as "confidential" in the course of discovery.

WHEREFORE, Defendants respectfully prays that this Court grant Defendants Leave to file Documents under Seal and enter whatever further relief this Court deems just and appropriate.

Dated this the 7th day of June, 2019.

        DEFENDANTS

        By:   /s/ Brian P. O'Meara

        Kevin M. Forde
        Brian P. O'Meara
        Forde Law Offices LLP
        111 West Washington Street, Ste. 1100
        Chicago, IL 60602
        (T) 312.465.4780
        (F) 312.641.1288
        kforde@fordellp.com
        bomeara@fordellp.com

        M. Peebles Harrison (*Pro Hac Vice*)
        Rose, Harrison & Gilreath, P.C.
        700 Blue Jay Street, Suite 1
        Post Office Box 405 Kill Devil Hills,
        North Carolina 27948
        Phone: (252) 480-1414
        Fax: (252) 480-1765
        peebles@outerbankslaw.com

        Richard J. Prendergast
        Michael T. Layden
        RICHARD J. PRENDERGAST, LTD.
        111 W. Washington St., Suite 1100
        Chicago, Illinois 60602
        (312) 641-0881
        rprendergast@rjpltd.com
        mlayden@rjpltd.com

        *Counsel for Defendant The Berkley Group, Inc.*

        and

By: /s/ Jeffrey A. Backman

Richard W. Epstein (Florida Bar No. 229091)
Richard.Epstein@gmlaw.com
Jeffrey A. Backman (Florida Bar No. 662501)
Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER, P.A.
200 E. Broward Blvd., Suite 1500
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)
954.343.6958 (Fax)
*Admitted Pro Hac Vice*

Timothy Hudson, Esq.
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, Illinois 60604
312.762.9476 (Telephone)
312.762.9451 (Fax)
thudson@tdrlawfirm.com

*Counsel for Defendants Caribbean Cruise Line, Inc.
and Vacation Ownership Marketing Tours, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, states that the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL was electronically filed with the Clerk of Court by using the CM/ECF system, which will provide copies to all counsel of record registered to receive CM/ECF notification on this 7th day of June, 2019.

                                                     /s/Brian P. O'Meara