[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED** TL
8/28/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff Grant Birchmeier + et al

v.

Carribbean Cruise Lines + ET AL

Defendant

Case Number: 1:12-CV-04069

Judge: Keys

Magistrate Judge: Matthew Kennelly

Motion for request to have Judge Matthew Kennelly's Order dated 7/22/20 vacated immediately due to an egregious miscarriage justice for claimant Daisy Exum. Please reference Docket-entry 868 filed 8/6/2020.

The claimant has provided the Court with sufficient evidence proving Counsel tainted the Court with at least one "known" adversarial briefing prior to her hearing before Honorable Matthew Kennelly. Claimant also has a copy of the actual hearing conducted on June 12, 2020 which shows a fair amount of laughter going on among either/or/and between counsel and the Defendants and/or Judge. For these reasons a swift ruling is being requested.

Daisy Exum
S/ Daisy Exum

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]