IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and classes of others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC., THE BERKLEY GROUP, INC. and VACATION OWNERSHIP MARKETING TOURS, INC., <br><br>    Defendants. | Case No. 12-cv-4069 <br><br> Honorable Matthew F. Kennelly |

## NOTICE OF APPEAL

Defendants, CARIBBEAN CRUISE LINE, INC. and VACATION OWNERSHIP MARKETING TOURS, INC., appeal to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. § 1291, from the Final Order Regarding Objections to the Special Master's Awards of Calls Dated May 17, 2019 and December 2, 2019 (the "Final Order"), entered by the Honorable Matthew F. Kennelly on August 4, 2020, Docket No. 867.

Dated: September 2, 2020

Respectfully submitted,

/s/ Jeffrey Backman
Jeffrey Backman, Florida Bar No. 662501
John H. Pelzer, Florida Bar No. 376647
Greenspoon Marder LLP
200 E. Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301-
954.527.2469
*John.pelzer@gmlaw.com*
*dotti.cassidy@gmlaw.com*

1

44807009V1

John H. Pelzer, Esq.
Jeffrey Backman, Esq.
*John.pelzer@gmlaw.com*
*Dotti.cassidy@gmlaw.com*
*Jeffreybackman@gmlaw.com*
*Khia.joseph@gmlaw.com*

Richard J. Prendergast, Esq.
Michael T. Layden, Esq.
*rprendergast@rjpltd.com*
*mlayden@rjpltd.com*

Kevin M. Forde, Esq.
Brian P. O'Neara, Esq.
Joanne R. Driscoll, Esq.
*kforde@fordellp.com*
*bomeara@fordellp.com*
*jdriscoll@fordellp.com*

M. Peebles Harrison, Esq.
*peebles@outerbankslaw.com*

44807009V1