[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
9/3/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Grant Birchmeier & et. al ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Carribbean Cruise Lines, Inc., & et. al ) <br> Defendant ) | Case Number: 1:12-cv-04069 <br><br> Judge: Matthew Kennelly <br><br> Magistrate Judge: Keys |

## NOTICE OF APPEAL

Class member, Daisy Exum, appeals to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. S 1291, from the Final Order Regarding Objections to the Special Master's Awards of Calls dated December 2, 2019 (the "Final Order"), entered by the Honorable Matthew F. Kennelly on August 4, 2020, Docket No. 867. Claimant references more specifically Docket entries 855, 858, 860, 863, 864, 865, 868 and 869 for reconsideration as a basis to vacate Honorable Judge Matthew Kennelly's Final Order and to reinstate theSpecial Master's ruling on December 2, 2019. It is noted that the Court has upheld primarily all of the Special Master's ruling on class member claims except as it relates to Claimant Daisy Exum's claim. Additionally, the Claimant does have a copy of her latest Telephonic Hearing proceeding which will further prove that because of repeated laughter by other parties on the call, not on the Claimant's end, while she was being questioned under Oath, that she was never taken seriously as she testified.

Dated: September 3, 2020

Respectfully Submitted,

/s/ Daisy Exum
P.O. Box 153
Dry Branch, Georgia 31020
478.714.7474
daisye1028@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]