# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 19, 2021

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| Nos. 20-2672, 20-2676, 20-2698 & 20-2699 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| GRANT BIRCHMEIER, *et al.*,  *Plaintiffs-Appellees*, | |
| *v.* | |
| CARIBBEAN CRUISE LINE, INC., *et al.*,  *Defendants*. | No. 12 C 4069  Matthew F. Kennelly, *Judge*. |

Appeals of: Caribbean Cruise Line, Inc.;
Vacation Ownership Marketing Tours, Inc.;
The Berkley Group, Inc.; and Daisy Exum

**Order**

    Appellants filed two separate petitions for rehearing and rehearing en banc on April 2, 2021. No judge in regular active service has requested a vote on the petitions for rehearing en banc, and both of the judges on the panel have voted to deny rehearing. The petitions for rehearing are therefore DENIED.