# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GERARDO ARANDA, GRANT BIRCHMEIER, STEPHEN PARKES, and REGINA STONE, on behalf of themselves and a class of others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC., ECONOMIC STRATEGY GROUP, ECONOMIC STRATEGY GROUP, INC., ECONOMIC STRATEGY, LLC, THE BERKLEY GROUP, INC., and VACATION OWNERSHIP MARKETING TOURS, INC.,<br>*Defendants*. | Case No. 1:12-cv-04069<br><br>Honorable Matthew F. Kennelly |

## CERTIFICATION REGARDING SERVICE OF ORDER TO DAISY EXUM

I hereby certify that on May 7, 2021, I forwarded Daisy Exum the Notice of Electronic Filing for Docket No. 908 by email, and I also included a pdf copy of Docket No. 908 as an attachment to that email.

Dated: May 7, 2021

Respectfully submitted by:

/s/ Scott Rauscher

Jay Edelson
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Email: jedelson@edelson.com

Rafey S. Balabanian
Eve-Lynn J. Rapp
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Email: rbalabanian@edelson.com
erapp@edelson.com

Scott Rauscher
Michael I. Kanovitz
Jonathan I. Loevy
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Email: scott@loevy.com
jon@loevy.com
mike@loevy.com

*Class Counsel*

**Certificate of Service**

I, Scott Rauscher, hereby certify that I caused the foregoing to be filed via the Court's electronic filing system, and that I caused it to be served on Daisy Exum by email and by USPS first class mail at the following address:

> Daisy Exum
> PO Box 153
> Dry Branch, Georgia, 31020
> (478) 714-7474

/s/ Scott Rauscher